IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHARLIE ROBINSON,

    Plaintiff,

v.	CASE NO. 4:07cv101-RH/WCS

JAMES McDONOUGH, et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

    Plaintiff, a Florida state prisoner, was released early, but he violated his conditions of release, and his release was revoked. In this action under 42 U.S.C. §1983, plaintiff challenges calculation of his new release date. The case is before the court on the magistrate judge's report and recommendation (document 7), and the objections thereto (document 8). I have reviewed *de novo* the issues raised by the objections.

    For the reasons (and in accordance with the authorities cited in) the report and recommendation, the relief plaintiff seeks is available only by petition for writ

of habeas corpus, not in an action under §1983, and in any event any relief under §1983 is barred by the statute of limitations.  This action thus will be dismissed without prejudice to plaintiff's ability to seek habeas corpus relief.  No opinion is expressed on whether plaintiff will or will not be entitled to relief in habeas.

This result is fully consistent with *Wilkinson v. Dotson*, 544 U.S. 74, 125 S. Ct. 1242, 161 L. Ed. 2d 253 (2005), cited by plaintiff in his objections to the report and recommendation.  In *Wilkinson*, state prisoners challenged procedures used in making parole decisions.  A ruling in their favor would have required the state to follow different procedures but would not necessarily have changed the ultimate parole decisions and thus would not necessarily have shortened plaintiffs' periods of incarceration.  The Supreme Court held that, because the claim would not necessarily affect plaintiffs' period of incarceration, they could proceed under §1983; they were not required to seek relief in habeas.  In the case at bar, in contrast, the relief plaintiff seeks is earlier release, plain and simple.  This is relief available only in habeas.

Accordingly,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court.  The clerk shall enter judgment stating, "The complaint is dismissed

pursuant to 28 U.S.C. § 1915(e)(2)(B) without prejudice to plaintiff's ability to seek relief by petition for writ of habeas corpus." The clerk shall close the file.

SO ORDERED this 30th day of April, 2007.

s/Robert L. Hinkle  
Chief United States District Judge